1 | Kent Khtikian, Esq. (#99843)
Conor D. Mack, Esq. (#253878)
2 | Katzenbach and Khtikian
1714 Stockton Street, Suite 300
3 | San Francisco, California  94133-2930
Telephone: (415) 834-1778
4 | Facsimile: (415) 834-1842
email: khtikian@kkcounsel.com
5 | Attorneys for Plaintiffs

6 | Geoffrey R. Hudson, Esq.
P.O. Box 2547
7 | Napa, CA 94558
(707) 265-0900
8 | Attorney for Defendant ACIC

9

10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**

12

13

TRUSTEES OF THE BRICKLAYERS LOCAL NO. ) CASE NO.  CV 10-00917 EMC
14 | 3 PENSION TRUST; TRUSTEES OF THE )
BRICKLAYERS LOCAL 7 PENSION TRUST; ) STIPULATION TO DISMISS
15 | TRUSTEES OF THE BRICKLAYERS ) DEFENDANTS AMERICAN
LOCAL NO. 3 HEALTH AND WELFARE TRUST; ) CONTRACTORS INDEMNITY
16 | TRUSTEES OF THE BRICKLAYERS AND ) COMPANY AND SURETY
ALLIED CRAFTS LOCAL NO. 3 APPRENTICE ) COMPANY OF THE PACIFIC
17 | TRAINING TRUST; INTERNATIONAL UNION OF ) WITH PREJUDICE;
BRICKLAYERS AND ALLIED CRAFTWORKERS ) [proposed] ORDER
18 | AFL-CIO, LOCAL UNION NO. 3, on behalf )
of itself and as agent for its members; )
19 | TRUSTEES OF THE INTERNATIONAL UNION )
 OF BRICKLAYERS AND ALLIED )
20 | CRAFTWORKERS PENSION FUND, )
)
21 | )
Plaintiffs, )
22 | )
vs. )
23 | )
DAMIAN GREGORY HONORE, doing business as )
24 | D & L MASONRY; AMERICAN CONTRACTORS )
INDEMNITY COMPANY, a California )
25 | corporation; SURETY COMPANY OF THE )
PACIFIC, a California corporation, )
26 | )
Defendants. )
27 | _____ )

28 |           Plaintiffs, by and through their attorneys of record, Katzenbach and Khtikian, and

1  Defendant American Contractors Indemnity Company, which is the successor in interest by way

2  of merger with Surety Company of the Pacific, by and through its attorneys of record, Hausman

3  & Sosa, hereby stipulate the dismissal, with prejudice, of defendant AMERICAN

4  CONTRACTORS INDEMNITY COMPANY and SURETY COMPANY OF THE PACIFIC,

5  only, from this action.  Each party to bear their own costs.

6

7   /s/ Kent Khtikian_____
   Kent Khtikian, Esq.
8  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
9  San Francisco, California  94133-2930
   (415) 834-1778; FAX (415) 834-1842
10  Attorneys for Plaintiffs

11

12
    /s/ Geoffrey R. Hudson_____
13  Geoffrey R. Hudson, Esq.
    P.O. Box 2547
14  Napa, CA 94558
    (707) 265-0900
15  Attorney for Defendant ACIC

16                **Attestation Of Concurrence**
       I, Kent Khtikian, declare that Geoffrey R. Hudson has signed the Document set forth
17  above and that I have in my possession his signature on this document.
       I declare under penalty of perjury that the foregoing is true and correct.
18       Executed this 16th day of June 2010, in San Francisco, California.

19               ___ /s/ Kent Khtikian_____
                  W. Kent Khtikian
20

21
  IT IS SO ORDERED
22

23

24

25        6/17/10
  Dated:_____
26

27

28



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA