Kent Khtikian, Esq. (#99843)
Conor D. Mack, Esq. (#253878)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California  94133-2930
Telephone: (415) 834-1778
Facsimile: (415) 834-1842

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> DAMIAN GREGORY HONORE, doing business as D & L MASONRY, <br><br> Defendant. | CASE NO.  CV 10-00917 EMC <br><br> CASE MANAGEMENT STATEMENT; [Proposed] ORDER <br><br><br><br><br><br><br><br><br><br><br><br> Date:     September 29, 2010 <br> Time:     1:30 p.m. <br> Courtroom:  C, 15th Floor |

Pursuant to this Court's Civil Local Rule 16-9 and FRCivP 16(b) Plaintiffs submit this Case Management Statement And Proposed Order.

The Plaintiffs respectfully request that the Court stay the instant matter and continue the Case Management Conference for 120 days, until January 26, 2010 due to Defendant Damian Gregory Honore's petition for protection under Chapter 13 of the Bankruptcy Act, currently

1  pending in the U.S. Bankruptcy Court, Northern District of California (Case No. 10-43821 LT).

2  There is an automatic stay as to Defendant pending the resolution of the bankruptcy case.

Respectfully submitted,

Katzenbach & Khtikian

Dated: September 13, 2010                By:      /s/ Kent Khtikian
                                                W. Kent Khtikian
                                              Attorneys for Plaintiffs

### [Proposed] ORDER

The Court hereby orders that the case management conference set for September 29, 2010 at 1:30 p.m. is reset for January 26, 201~~0~~1 at ~~1:30~~ 2:30 p.m.  A case management statement shall be filed by January 19, 201~~0~~1.

IT IS SO ORDERED

Dated:   9/14/10

**IT IS SO ORDERED**
Judge Edward M. Chen

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | PROOF OF SERVICE BY MAIL                                        |

2  I am a resident of the County of San Francisco, California. I am over the age of eighteen

3  years and not a party to this action. My business address is Katzenbach and Khtikian, 1714

4  Stockton Street, Suite 300, San Francisco, California 94133. I served the within:

5

6      1. CASE MANAGEMENT STATEMENT; [Proposed] ORDER

7  on the parties remaining in the action herein, by placing a true copy thereof enclosed in a sealed

8  envelope with first class postage thereon fully prepaid in the United States Mail at San

9  Francisco, California, on September 13, 2010 addressed as follows:

10

11  Damian Gregory Honore
D & L Masonry
7718 Millbrook Ave.
12  Dublin, CA 94568

13

14  I declare under penalty of perjury that the foregoing is true and correct, and that this

15  declaration was executed on September 13, 2010.

16

17         /s/ Cheri Yau
          Cheri Yau