```
 1 │ Kent Khtikian, Esq. (#99843)
   │ Conor D. Mack, Esq. (#253878)
 2 │ Katzenbach and Khtikian
   │ 1714 Stockton Street, Suite 300
 3 │ San Francisco, California  94133-2930
   │ Telephone: (415) 834-1778
 4 │ Facsimile: (415) 834-1842
 5 │ Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,<br><br>       Plaintiffs,<br><br>vs.<br><br>DAMIAN GREGORY HONORE, doing business as D & L MASONRY,<br><br>       Defendant. | CASE NO.  CV 10-00917 EMC<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; <br><br>[~~Proposed~~] ORDER RESETTING CASE MANAGEMENT CONFERENCE<br><br><br><br><br><br>Date:          May 25, 2011<br>Time:         1:30 p.m.<br>Courtroom:  C, 15th Floor |

Pursuant to this Court's Civil Local Rule 16-9 and FRCivP 16(b) Plaintiffs submit this Case Management Statement And Proposed Order.

The Plaintiffs respectfully request that the Court stay the instant matter and continue the Case Management Conference for 120 days, until September 21, 2011 due to Defendant Damian Gregory Honore's petition for protection under Chapter 13 of the Bankruptcy Act, currently

1  pending in the U.S. Bankruptcy Court, Northern District of California (Case No. 10-43821
2  RLE).   There is an automatic stay as to Defendant pending the resolution of the bankruptcy
3  case.

                                          Respectfully submitted,


                                          Katzenbach & Khtikian


Dated: May 18, 2011                       By:    /s/ Conor Mack
                                              Conor D. Mack
                                              Attorneys for Plaintiffs


## [Proposed] ORDER

The Court hereby orders that the case management conference set for May 25, 2011 at 1:30 p.m. is reset for September 21, 2011 at 1:30 p.m.  A case management statement shall be filed no later than September 14, 2011.

IT IS SO ORDERED

                                          IT IS SO ORDERED
                                          AS MODIFIED
                                          Judge Edward M. Chen

         May 23, 2011
Dated:_____             _____
                                          Hon. Edward M. Chen
                                          United States Magistrate Judge
                                                        District