1  Kent Khtikian, Esq. (#99843)
   Conor D. Mack, Esq. (#253878)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California  94133-2930
   Telephone: (415) 834-1778
4  Facsimile: (415) 834-1842

5  Attorneys for Plaintiffs

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11

12  TRUSTEES OF THE BRICKLAYERS LOCAL NO.        ) CASE NO.  CV 10-00917 EMC
    3 PENSION TRUST; TRUSTEES OF THE             )
    BRICKLAYERS LOCAL 7 PENSION TRUST;           ) REQUEST TO CONTINUE
13  TRUSTEES OF THE BRICKLAYERS                   ) CASE MANAGEMENT
    LOCAL NO. 3 HEALTH AND WELFARE TRUST;        ) CONFERENCE;
14  TRUSTEES OF THE BRICKLAYERS AND               ) [Proposed] ORDER RESETTING
    ALLIED CRAFTS LOCAL NO. 3 APPRENTICE         ) CASE MANAGEMENT
15  TRAINING TRUST; INTERNATIONAL UNION OF        ) CONFERENCE
    BRICKLAYERS AND ALLIED CRAFTWORKERS          )
16  AFL-CIO, LOCAL UNION NO. 3, on behalf         )
    of itself and as agent for its members;      )
17  TRUSTEES OF THE INTERNATIONAL UNION           )
     OF BRICKLAYERS AND ALLIED                    )
18  CRAFTWORKERS PENSION FUND,                     )
                                                  )
19                                                )
            Plaintiffs,                           )
20                                                )
    vs.                                           )
21                                                ) Date:        March 30, 2012
    DAMIAN GREGORY HONORE, doing business as      ) Time:        9:00 a.m.
22  D & L MASONRY,                                ) Courtroom:  5, 17th Floor
                                                  )
23          Defendant.                            )
    _____)
24

25          Pursuant to this Court's Civil Local Rule 16-9 and FRCivP 16(b) Plaintiffs submit this

26  Case Management Statement And Proposed Order.

27          The Plaintiffs respectfully request that the Court stay the instant matter and continue the

28  Case Management Conference for 180 days, until September 28, 2012 due to Defendant Damian

    Gregory Honore's petition for protection under Chapter 13 of the Bankruptcy Act, currently

1    pending in the U.S. Bankruptcy Court, Northern District of California (Case No. 10-43821

2    RLE).   There is an automatic stay as to Defendant pending the resolution of the bankruptcy

3    case.

4

5                                          Respectfully submitted,

6

7                                          Katzenbach & Khtikian

8

9    Dated: March 22, 2012                  By:___/s/ Conor Mack____
                                                 Conor D. Mack
10                                               Attorneys for Plaintiffs

11

12

13                             **[Proposed] ORDER**

14

15        The Court hereby orders that the case management conference set for March 30, 2012 at

16   9:00 a.m. is reset for September 28, 2012 at 9:00 a.m.  A case management statement shall be

17   filed no later than September 21, 2012.

18        IT IS SO ORDERED

19

20

21

22   Dated:_____3/28/12_____

23   Hon. Ed
     United S

24

25

26

27

28