| | |
|---|---|
| 1 | Kent Khtikian, Esq. (#99843) |
|   | Conor D. Mack, Esq. (#253878) |
| 2 | Katzenbach and Khtikian |
|   | 1714 Stockton Street, Suite 300 |
| 3 | San Francisco, California 94133-2930 |
|   | Telephone: (415) 834-1778 |
| 4 | Facsimile: (415) 834-1842 |
| 5 | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> DAMIAN GREGORY HONORE, doing business as D & L MASONRY, <br><br> Defendant. | CASE NO. CV 10-00917 EMC <br><br> REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; <br><br> [~~Propo~~sed] ORDER RESETTING CASE MANAGEMENT CONFERENCE <br><br><br> Date: March 30, 2012 <br> Time: 9:00 a.m. <br> Courtroom: 5, 17th Floor |

     Pursuant to this Court's Civil Local Rule 16-9 and FRCivP 16(b) Plaintiffs submit this Case Management Statement And Proposed Order.

     The Plaintiffs respectfully request that the Court stay the instant matter and continue the Case Management Conference for 180 days, until September 28, 2012 due to Defendant Damian Gregory Honore's petition for protection under Chapter 13 of the Bankruptcy Act, currently

1  pending in the U.S. Bankruptcy Court, Northern District of California (Case No. 10-43821
2  RLE).   There is an automatic stay as to Defendant pending the resolution of the bankruptcy
3  case.

Respectfully submitted,

Katzenbach & Khtikian

Dated: March 22, 2012                    By:    /s/ Conor Mack
                                              Conor D. Mack
                                           Attorneys for Plaintiffs

### [Proposed] ORDER

The Court hereby orders that the case management conference set for March 30, 2012 at 9:00 a.m. is reset for September 28, 2012 at 9:00 a.m.  A case management statement shall be filed no later than September 21, 2012.

IT IS SO ORDERED

Dated:    3/28/12

Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen