1  CHRISTOPHER W. KATZENBACH (SBN 108006)
   CONOR D. MACK (SBN 253878)
2  KATZENBACH LAW OFFICES
   1714 STOCKTON STREET, SUITE 300
3  SAN FRANCISCO, CA 94133-2930
   Telephone: (415) 834-1778
4  Fax: (415) 834-1842

5  Attorneys for Plaintiffs

6

7

8
                        UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10

11 | TRUSTEES OF THE BRICKLAYERS | Case No.: CV 10-00917
   | LOCAL NO. 3 PENSION TRUST;
12 | TRUSTEES OF THE LOCAL NO. 7
   | PENSION TRUST; TRUSTEES OF THE | PLAINTIFFS' REQUEST TO CONTINUE
13 | BRICKLAYERS LOCAL NO. 3 | CASE MANAGEMENT CONFERENCE;
   | HEALTH AND WELFARE TRUST; | [Proposed] ORDER RESETTING CASE
14 | TRUSTEES OF THE BRICKLAYERS AND | MANAGEMENT CONFERENCE
   | ALLIED CRAFTS LOCAL NO. 3
15 | APPRENTICE TRAINING TRUST;
   | INTERNATIONAL UNION OF
16 | BRICKLAYERS AND ALLIED
   | CRAFTSMEN, AFL-CIO, LOCAL UNION | Date:   September 28, 2012
17 | NO. 3, on behalf of itself and as agent for its | Time:   9:00 a.m.
   | members; TRUSTEES OF THE | Dept.:  Courtroom 5, 17th Floor
18 | INTERNATIONAL UNION OF |         (San Francisco)
   | BRICKLAYERS AND ALLIED
19 | CRAFTSMEN PENSION FUND,

20        Plaintiffs,
      vs.
21
   DAMIAN GREGORY HONORE, doing
22 business as D & L MASONRY

23        Defendant.

24

25

26
           The Plaintiffs respectfully request that the Court stay the instant matter and continue the
27
   Case Management Conference for 180 days, until March 29, 2013 due to Defendant Damian
28

                                                  1

Gregory Honore's petition for protection under Chapter 13 of the Bankruptcy Act, currently pending in the U.S. Bankruptcy Court, Northern District of California (Case No. 10-43821 RLE). There is an automatic stay as to Defendant pending the resolution of the bankruptcy case.

Respectfully submitted,

KATZENBACH LAW OFFICES

Dated:  September 21, 2012   By:  /s/ Conor D. Mack
                                  Conor D. Mack
                                  Attorneys for Plaintiffs

### [Proposed] ORDER

The Court hereby orders that the case management conference set for September 28, 2012 at 9:00 a.m., is reset for March 29, 2013 at 9:00 a.m.  A case management statement shall be filed no later than March 22, 2013.

**IT IS SO ORDERED**

Dated: 9/24/12

IT IS SO ORDERED

Judge Edward M. Chen

Hon. Edward M. Chen
United States Judge