CHRISTOPHER W. KATZENBACH (SBN 108006)
CONOR D. MACK (SBN 253878)
KATZENBACH LAW OFFICES
1714 STOCKTON STREET, SUITE 300
SAN FRANCISCO, CA 94133-2930
Telephone: (415) 834-1778
Fax: (415) 834-1842

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE LOCAL NO. 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>   Plaintiffs,<br>  vs.<br><br>DAMIAN GREGORY HONORE, doing business as D & L MASONRY<br><br>   Defendant. | Case No.: CV 10-00917<br><br>PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [Proposed] ORDER RESETTING CASE MANAGEMENT CONFERENCE<br><br><br>Date: September 28, 2012<br>Time: 9:00 a.m.<br>Dept.: Courtroom 5, 17th Floor<br>   (San Francisco) |

  The Plaintiffs respectfully request that the Court stay the instant matter and continue the Case Management Conference for 180 days, until March 29, 2013 due to Defendant Damian

1  Gregory Honore's petition for protection under Chapter 13 of the Bankruptcy Act, currently
2  pending in the U.S. Bankruptcy Court, Northern District of California (Case No. 10-43821 RLE).
3  There is an automatic stay as to Defendant pending the resolution of the bankruptcy case.
4
5
6
7                                          Respectfully submitted,
8                                          KATZENBACH LAW OFFICES
9
10  Dated:  September 21, 2012        By:   /s/ Conor D. Mack
11                                           Conor D. Mack
                                             Attorneys for Plaintiffs
12
13
14                              [Proposed] ORDER
15
16      The Court hereby orders that the case management conference set for September 28,
17  2012 at 9:00 a.m., is reset for March 29, 2013 at 9:00 a.m.  A case management statement shall
18  be filed no later than March 22, 2013.
19      **IT IS SO ORDERED**
20
21
22
23  Dated: 9/24/12
24                                          Hon. Edward M. Chen
25                                          United States Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*