1  CHRISTOPHER W. KATZENBACH (SBN 108006)
   CONOR D. MACK (SBN 253878)
2  KATZENBACH LAW OFFICES
   1714 STOCKTON STREET, SUITE 300
3  SAN FRANCISCO, CA 94133-2930
   Telephone: (415) 834-1778
4  Fax: (415) 834-1842

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE LOCAL NO. 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>      Plaintiffs,<br>vs.<br><br>DAMIAN GREGORY HONORE, doing business as D & L MASONRY<br><br>      Defendant. | Case No.: CV 10-00917<br><br>PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [Proposed] ORDER RESETTING CASE MANAGEMENT CONFERENCE<br><br>Date: April 4, 2013<br>Time: 9:00 a.m.<br>Dept.: Courtroom 5, 17th Floor<br>      (San Francisco) |

The Plaintiffs respectfully request that the Court stay the instant matter and continue the Case Management Conference for 180 days, until October 3, 2013 due to Defendant Damian

1

1  Gregory Honore's petition for protection under Chapter 13 of the Bankruptcy Act, currently
2  pending in the U.S. Bankruptcy Court, Northern District of California (Case No. 10-43821 RLE).
3  There is an automatic stay as to Defendant pending the resolution of the bankruptcy case.

Respectfully submitted,

KATZENBACH LAW OFFICES

Dated:  March 28, 2013          By:  /s/ Conor D. Mack
                                     Conor D. Mack
                                     Attorneys for Plaintiffs

**[Proposed] ORDER**

The Court hereby orders that the case management conference set April 4, 2013 at 9:00 a.m., is reset for October 3, 2013 at 9:00 a.m.  A case management statement shall be filed no later than September 26, 2013.

**IT IS SO ORDERED**

Dated: 3/29/13

IT IS SO ORDERED
Judge Edward M. Chen