```
 1  Muriel B. Kaplan, Esq. (SBN 124607)
    Michele R. Stafford, Esq. (SBN 172509)
 2  SALTZMAN & JOHNSON LAW CORPORATION
    44 Montgomery Street, Suite 2110
 3  San Francisco, CA 94104
    (415) 882-7900
 4  (415) 882-9287 – Facsimile
    mkaplan@sjlawcorp.com
 5  mstafford@sjlawcorp.com

 6  Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAMIAN GREGORY HONORE, doing business as D & L MASONRY,<br><br>Defendant. | Case No.: CV-10-00917 EMC<br><br>**DECLARATION OF MURIEL B. KAPLAN IN SUPPORT OF SUBSTITUTION OF ATTORNEY** |

I, Muriel B. Kaplan, declare:

On or about August 1, 2013, my office, Saltzman & Johnson Law Corporation, was retained as counsel for Plaintiffs TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al. A Substitution of Attorney was issued to both Plaintiffs and Plaintiffs' prior counsel for execution. Attached hereto as ***EXHIBIT A*** is the Substitution of Attorney, executed by Trustee Gary Peifer for Plaintiffs. Plaintiffs' prior counsel has failed to sign the Substitution of Attorney, despite multiple communications and requests to provide his signature. Therefore, request is respectfully made for an order granting the Substitution of Attorney without Plaintiffs' prior counsel's signature, pursuant to *Exhibit A*, as follows:

/ / /

/ / /

-1-
**SUBSTITUTION OF ATTORNEY**
**Case No.: CV-10-00917 EMC**

P:\CLIENTS\BRICL\D & L Masonry\Substitution of Attorney with Declaration 092613.doc

Former Attorneys:
Christopher W. Katzenbach (SBN 108006)
Conor D. Mack (SBN 253878)
KATZENBACH LAW OFFICES
1714 Stockton Street, Suite 300
San Francisco, CA 94133

should be removed and, consequently, should no longer receive notice of e-Filings.

Plaintiffs' new co-counsel of record will be:

Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

    I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

    Executed this 26th day of September, 2013, at San Francisco, California.

                                                       /S/
                                              Muriel B. Kaplan, Esq.

**IT IS SO ORDERED.**
Dated: 2/10/14, ~~2013~~

Judge Edward M. Chen
United States District Court

GRANTED
Judge Edward M. Chen

P:\CLIENTS\BRICL\D & L Masonry\Substitution of Attorney with Declaration 092613.doc

-2-
**SUBSTITUTION OF ATTORNEY**
**Case No.: CV-10-00917 EMC**

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On September 26, 2013, I served the following document:

**DECLARATION OF MURIEL B. KAPLAN IN SUPPORT OF SUBSTITUTION OF ATTORNEY**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Damian Gregory Honore**
**D & L Masonry**
**7718 Millbrook Ave.**
**Dublin, CA 94568**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 26 day of September, 2013, at San Francisco, California.

_____/S/_____
Alicia Rutkowski

```
 1 | Muriel B. Kaplan, Esq. (SBN 124607)
   | Michele R. Stafford, Esq. (SBN 172509)
 2 | SALTZMAN & JOHNSON LAW CORPORATION
   | 44 Montgomery Street, Suite 2110
 3 | San Francisco, CA 94104
   | (415) 882-7900
 4 | (415) 882-9287 – Facsimile
   | mkaplan@sjlawcorp.com
 5 | mstafford@sjlawcorp.com
 6 | Attorneys for Plaintiffs
 7 |
 8 |
 9 |              UNITED STATES DISTRICT COURT
10 |           FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al., | Case No.: CV-10-00917 EMC |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| DAMIAN GREGORY HONORE, doing business as D & L MASONRY, | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, please take notice that Plaintiffs, TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al., hereby make the following substitution of attorneys:

Former Attorneys:
Christopher W. Katzenbach (SBN 108006)
Conor D. Mack (SBN 253878)
KATZENBACH LAW OFFICES
1714 Stockton Street, Suite 300
San Francisco, CA 94133

should be removed and, consequently, should no longer receive notice of e-Filings.

Plaintiffs' new co-counsel of record will be:

/ / /

/ / /

F:\CLIENTS\BRICL\D & L Masonry\Substitution of Attorney 080213.doc

-1-
SUBSTITUTION OF ATTORNEY
Case No.: CV-10-00917 EMC

Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

CONSENT TO THE ABOVE SUBSTITUTION IS HEREBY GIVEN:

Dated: August __, 2013           KATZENBACH LAW OFFICES

_____
Christopher W. Katzenbach, Esq.
Former Attorneys for Plaintiffs Trustees of the
Bricklayers Local No. 3 Pension Trust, et al.

Dated: August 5, 2013            SALTZMAN & JOHNSON LAW CORPORATION

_____
Muriel B. Kaplan, Esq.
New Attorneys for Plaintiffs Trustees of the
Bricklayers Local No. 3 Pension Trust, et al.

Plaintiffs Trustees of the Bricklayers Local No. 3 Pension Trust, et al. hereby consent to the above substitution.

Dated: August __, 2013           TRUSTEES OF THE BRICKLAYERS LOCAL NO.
                                 3 PENSION TRUST, et al.

_____
Gary Peifer, Trustee

IT IS SO ORDERED.
Dated: _____, 2013
                                 _____
                                 Judge Edward M. Chen
                                 United States District Court

-2-
SUBSTITUTION OF ATTORNEY
Case No.: CV-10-00917 EMC

P:\CLIENTS\BRICL\D & L Masonry\Substitution of Attorney 080213.doc

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August __, 2013, I served the following document:

### SUBSTITUTION OF ATTORNEY

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Damian Gregory Honore**
> **D & L Masonry**
> **7718 Millbrook Ave.**
> **Dublin, CA 94568**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this __ day of August, 2013, at San Francisco, California.

_____
Alicia Rutkowski