Case3:10-cv-00917-EMC Document53 Filed03/05/15 Page1 of 4

Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.,

Plaintiffs,

v.

DAMIAN GREGORY HONORE, doing business as D & L MASONRY,

Defendant.

Case No.: C10-00917 EMC

**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE DUE TO AUTOMATIC STAY** ; ORDER

| | |
|---|---|
| Date: | March 10, 2015 |
| Time: | 10:30 a.m. |
| Location: | 450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| Courtroom: | 5, 17th Floor |
| Judge: | Honorable Edward M. Chen |

Plaintiffs hereby submit their Request to Vacate the Case Management Conference currently scheduled for March 10, 2015, at 10:30 a.m. in Courtroom 5, 17th Floor:

1. As the Court's records will reflect, a Complaint was filed in this matter on March 3, 2010, by prior counsel KATZENBACH LAW OFFICES.

2. The Complaint was sub served on March 23, 2013, and service on Defendant was completed on April 2, 2010. A Proof of Service of Summons was filed with the Court on April 1, 2010. [*Docket #6*]

3. On April 5, 2010, Defendant filed for a Chapter 13 Bankruptcy Petition in the U.S. Bankruptcy Court, Northern District of California (San Francisco), but notice of same is not reflected on the docket as having been filed with this Court.

-1-
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE DUE TO AUTOMATIC STAY**
**Case No.: CV-10-00917 EMC**
P:\CLIENTS\BRICL\D & L Masonry\request to vacate cmc 030215.docx

Case3:10-cv-00917-EMC Document53 Filed03/05/15 Page2 of 4

4. On September 26, 2013, Plaintiffs' current counsel requested the Court's authority to substitute into this action without the execution by former counsel of the Substitution, together with a Notice of Automatic Stay Under 11 U.S.C. § 362 and a Request to Vacate the Case Management Conference scheduled for October 3, 2013. [*Docket #34-36*]

5. Because my office had not been substituted into this action, I did not receive notification and therefore was unaware that the Case Management Conference had been rescheduled to October 8, 2013.

6. On October 1, 2013, Plaintiffs submitted a request to vacate the Case Management Conference scheduled for October 8, 2013, due to the Automatic Stay triggered by Defendant's bankruptcy filing. On October 7, 2013, an Order was issued rescheduling the Case Management Conference to February 13, 2014. [*Docket #37-38*]

7. On February 6, 2014, Plaintiffs submitted a request to vacate the Case Management Conference scheduled for February 13, 2014, again due to the Automatic Stay triggered by Defendant's bankruptcy filing. On February 10, 2014, an Order was issued rescheduling the Case Management Conference to August 7, 2014. [*Docket #40, 42*]

8. On June 25, 2014, the Clerk filed a Notice rescheduling the Case Management Conference to September 11, 2014. [*Docket #44*].

9. On September 4, 2014, Plaintiffs submitted a request to vacate the Case Management Conference scheduled for September 11, 2014, again due to the Automatic Stay triggered by Defendant's bankruptcy filing. On September 8, 2014, an Order was issued rescheduling the Case Management Conference to March 12, 2015. [*Docket #46-48*].

10. On January 27, 2015, the Clerk issued a Notice rescheduling the Case Management Conference for March 10, 2015. [*Docket #50*].

11. The Automatic Stay is still effective because Defendant's bankruptcy case remains open and ongoing. Attached hereto as ***EXHIBIT A*** is the current docket for Defendant's bankruptcy case. Therefore, Plaintiffs respectfully submit a request that the current Case Management Conference, scheduled for March 10, 2015, be vacated due to Automatic Stay, pending distribution per the debtors' Chapter 13 Plan.

-2-

**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE DUE TO AUTOMATIC STAY**
**Case No.: CV-10-00917 EMC**

P:\CLIENTS\BRICL\D & L Masonry\request to vacate cmc 030215.docx

Case3:10-cv-00917-EMC Document53 Filed03/05/15 Page3 of 4

12. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9. Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Date: March 2, 2015

SALTZMAN & JOHNSON
LAW CORPORATION

By: ___________/S/_________
Michele R. Stafford
Attorneys for Plaintiffs

ORDER:

The Case Management Conference currently scheduled for March 10, 2015 at 10:30 a.m. is ~~hereby vacated. All related deadlines are vacated accordingly.~~ reset for 6/18/15 at 10:30 a.m. An updated joint CMC statement shall be filed by 6/11/15.

Date: 3/5/15

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

______________________________
UNITED STATES DISTRICT JUDGE

-3-

REQUEST TO VACATE CASE MANAGEMENT CONFERENCE DUE TO AUTOMATIC STAY
Case No.: CV-10-00917 EMC

P:\CLIENTS\BRICL\D & L Masonry\request to vacate cmc 030215.docx

PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On **March 3, 2015**, I served the following document(s) on the parties to this action in the manner described below:

**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

XX **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

**Damian Gregory Honore**
**D & L Masonry**
**7718 Millbrook Ave.**
**Dublin, CA 94568**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 3rd day of March, 2015, at San Francisco, California.

/S/
Alicia Rutkowski