Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al., | Case No.: C10-0917 EMC |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| DAMIAN GREGORY HONORE, doing business as D & L MASONRY, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs Trustees of the Bricklayers Local No. 3 Pension Trust, et al. voluntarily dismiss, without prejudice, their claim against Defendant Damian Gregory Honore, doing business as D & L Masonry. Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

Date:   July 9, 2015

                                                                SALTZMAN & JOHNSON
                                                                LAW CORPORATION

                                                By:   _____/S/_____
IT IS SO ORDERED:                                     Erica J. Russell, Esq.
_____                                 Attorneys for Plaintiffs
Edward M. Chen
U.S. District Judge

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C10-0917 EMC**

P:\CLIENTS\BRICL\D & L Masonry\Notice of Voluntary Dismissal.doc

PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On **July 9, 2015**, I served the following document(s) on the parties to this action in the manner described below:

**NOTICE OF VOLUNTARY DISMISSAL**

<u>XX</u>  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

**Damian Gregory Honore**
**D & L Masonry**
**7718 Millbrook Ave.**
**Dublin, CA 94568**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 9th day of July, 2015, at San Francisco, California.

/S/
Alicia Rutkowski, Paralegal